UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN DEXTER,

    Plaintiff,

v.                                                                                               CASE NO: 2:11-cv-48-FtM-UA-DNF

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause is before the Court on the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier recommending that the decision of Defendant denying Plaintiff's application for a period of disability, disability insurance benefits, and Supplemental Security Income benefits be affirmed.[1] Plaintiff has filed an objection to which Defendant has responded.[2] The Court has undertaken a *de novo* review of the record in conjunction with the specific objection lodged by Plaintiff to the Report and Recommendation — the magistrate judge failed to properly consider the

---

[1] See docket 23.

[2] See dockets 24 and 25.

medical opinion of Dr. John Burke, Ph. D. — as required by Eleventh Circuit precedent.[3] After doing so, the Court is of the opinion that the Report and Recommendation is due to be adopted, confirmed, and approved in all respects because Plaintiff's objection has no merit in the face of the record and Defendant's decision is supported by substantial evidence.

Accordingly, it is ordered and adjudged as follows:

1) The Report and Recommendation of the magistrate judge (Dkt. 23) is adopted, confirmed, and approved in all respects and made a part of this order for all purposes, including appellate review.

2) Defendant's decision is affirmed.

3) The Clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 22, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

---

[3] See Macort v. Prem, Inc., 208 Fed.Appx. 781, 784 (11th Cir. 2006) (unpublished) (stating that "[w]here a proper, specific objection to the magistrate judge's report and recommendation is made, it is clear that the district court must conduct a *de novo* review of the issue.") (citing Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992)).